UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

DARRYL C. CARTER, : 23-CV-01139 (JLR) (RWL)

          Plaintiff, :

:

   - against - : **ORDER**

:

KEECHANT L. SEWELL, ET AL., :

:

         Defendants. :

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    Plaintiff's application at Dkt. 27 to proceed *in forma pauperis* for the purpose of an appeal is denied because under 28 U.S.C. § 1915(a)(3) any appeal from this order would not be taken in good faith. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45, 82 S. Ct. 917, 920-21 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

                        SO ORDERED.

                        _____
                        ROBERT W. LEHRBURGER
                        UNITED STATES MAGISTRATE JUDGE

Dated: April 18, 2023
      New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2023