May 2, 2023 @ 04:16:59 PM

Catherine O'Hagan Wolfe
Clerk of Court
U.S.C.A Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

VIA CM/ECF

**RE:  Notice of Intent to Pursue Extraordinary Writ per, Darryl C. Carter vs. Keechant L. Sewell et al., Appeal No: 23-602**

Dear Chief Judge Livingston:

Plain and simple, the proceedings above are fraudulent. Albeit styled in my name, the proceedings, are occurring in the background without my involvement. Worse even is the adverse parties are intentionally hiding documents, collaborating amongst themselves, while the Clerk engages both in fraud and criminal misconduct removing one or more parties without due process.

This matter is a 2A case which the court is engaging in criminal misconduct to cover up the rigged contrive nature of both this court and the lower court driven by "Big Money" influence and the state Governor's edict over the federal court system in defiance to the Supreme Court's *Bruen* decision.

Moreover, just, today, apparently at least a few believe, my current situation is synonymous to the book "My Life in Hiding," albeit unbeknownst to me, if so, such is all the more reason to promptly remedy this matter and therefore level the playing field with respect to fire power. Pun intended, which this corrupted proceeding, above, interferes with the leveling of the playing field.

In light of the foregoing, the docket fraud must be promptly remedied the failure of which to do so will give rise to an extraordinary writ proceeding.

Sincerely,

/S/
Darryl C. Carter

1734 Webster Avenue, Bronx, NY 10457

CERTIFICATE OF SERVICE

On date, May 2, 2023, I did submit the following document(s) with respect to appeal no: 23-602

1) NOTICE OF INTENT TO PURSUE EXTRAORDINARY WRIT PER, DARRYL C. CARTER VS. KEECHANT L. SEWELL ET AL., APPEAL NO: 23-602

☒by submitting the, herein referenced documents via the court's CM/ECF filing system for subsequent CM/ECF notification to the defendant's appearing council in this action.

Counsel for appellee Sewell
improperly removed violating
due process therefore cm/ecf service
will not occur on this party

*Counsel for Appellee Sewell*

Barbara D. Underwood
New York State
Office of Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-356-0800
Email: barbara.underwood@ag.ny.gov;
nyoag.nycpdf@ag.ny.gov

*Counsel for Appellee Hochul*

1734 Webster Avenue, Bronx, NY 10457

Barbara D. Underwood
New York State
Office of Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-356-0800
Email: barbara.underwood@ag.ny.gov;
nyoag.nycpdf@ag.ny.gov

*Counsel for Appellee James*


/S/
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
Phone: (201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*