UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 23-602

**Caption [use short title]**

**Motion for:** F.R.A.P 4 In Forma Pauperis Application

**Set forth below precise, complete statement of relief sought:**
Proceeding on appeal without pre payment of fees.

Carter vs. Sewell et al.,

**MOVING PARTY:** Darryl C. Carter
**OPPOSING PARTY:** Keechant L. Sewell

[ ] Plaintiff    [ ] Defendant
[✔] Appellant/Petitioner    [ ] Appellee/Respondent

**MOVING ATTORNEY:** Darryl C. Carter
**OPPOSING ATTORNEY:** Sylvia Hinds-Radix,

[name of attorney, with firm, address, phone number and e-mail]

1734 Webster Avenue
Bronx, NY 10457

100 Church Street
New York, NY 10007

**Court- Judge/ Agency appealed from:** S.D.N.Y - J.L.R

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [✔] No (explain): counsel will be notified upon doc filing.
This is a standard form addressing docketing fees.

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [✔] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes [ ] No [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [✔] No
Has this relief been previously sought in this court? [ ] Yes [✔] No
Requested return date and explanation of emergency:
Not applicable

Is oral argument on motion requested? [ ] Yes [✔] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [✔] No If yes, enter date: unnecessary and unconventional for this type of relief

**Signature of Moving Attorney:**
/S/ [signature]   Date: 04/24/23   Service by: [✔] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

# UNITED STATES DISTRICT COURT
for the
Southern DISTRICT OF New York

| | |
|---|---|
| Darryl C. Carter , | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Case No. 23-cv-01139 |
| Keechant L. Sewell et al., , | ) |
| | ) |
| Defendant | ) |
| | ) |

## AFFIDAVIT ACCOMPANYING MOTION
## FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /S/ [signature]    Date: April 24, 2023

My issues on appeal are: per the NOA filed 04/13/23: 1.) serious due process concerns; 2.) Big money influence and/or control of lower court; 3.) intrinsic/extrinsic fraud; 4.) first impression issue surrounding F.R.C.P 1; 5.) 2A severely burdened per N.Y. Gov Hochul alleged retaliation for SCOTUS Bruen decision.

1. *For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

Rev. 12.1.2018

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 1500 | $ 0 | $ 0 | $ 0 |
| Self-employment | $ 0 | $ 0 | $ 0 | $ 0 |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 91 | $ 0 | $ 0 | $ 0 |
| Other (specify): | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total monthly income:** | $ 1591 | $ 0 | $ 0 | $ 0 |

2. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Home Depot | Marathon, FL | 06/22-09/22 | $ 400 |
| IHOP | Marathon, FL | 06/22-09/22 | $ 500 |
| Dollar Tree | Key West, FL | 09/21- 11/21 | $ 2000 |

Rev. 12.1.2018

3. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NONE | n/a | n/a | $ 0 |
| NONE | n/a | n/a | $ 0 |
| NONE | n/a | n/a | $ 0 |

4. *How much cash do you and your spouse have?* $ 45.00

   *Below, state any money you or your spouse have in bank accounts or in any other financial institution.*

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| pbc | checking | $ 45.0 | $ n/a |
| | | $ | $ |
| | | $ | $ |

***If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.***

5. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | Other real estate | Motor vehicle #1 | |
|---|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 | |
| n/a | n/a | Make and year: | n/a |
| | | Model: | n/a |
| | | Registration #: | n/a |

Rev. 12.1.2018

| Motor vehicle #2 | Other assets | Other assets |
|---|---|---|
| (Value) $ 0 | (Value) $ 0 | (Value) $ 0 |
| Make and year: n/a | n/a | n/a |
| Model: n/a | n/a | n/a |
| Registration #: n/a | n/a | n/a |

6. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| City of New York | $ 15,000++ | $ n/a |
| Urban Pathways | $ 50,000++ | $ n/a |
| Home Depot | $ 50,000+++ | $ n/a |
| International Traveler's House | $ 50,000+++ | $ n/a |

7. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| n/a | n/a | n/a |
| n/a | n/a | n/a |
| n/a | n/a | n/a |

Rev. 12.1.2018

8.  *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home)<br>Are real estate taxes included? ☐ Yes ☑ No<br>Is property insurance included? ☐ Yes ☑ No | $ 0 | $ 0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 0 | $ 0 |
| Home maintenance (repairs and upkeep) | $ 0 | $ 0 |
| Food | $ 350+ | $ 0 |
| Clothing | $ 50+ | $ 0 |
| Laundry and dry-cleaning | $ 0 | $ 0 |
| Medical and dental expenses | $ 50+ | $ 0 |
| Transportation (not including motor vehicle payments) | $ 75+ | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|     Homeowner's or renter's: | $ 0 | $ 0 |
|     Life: | $ 0 | $ 0 |
|     Health: | $ 0 | $ 0 |
|     Motor vehicle: | $ 0 | $ 0 |
|     Other: | $ 0 | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 | $ 0 |
| Installment payments | | |
|     Motor Vehicle: | $ 0 | $ 0 |
|     Credit card (name): | $ 0 | $ 0 |
|     Department store (name): | $ 0 | $ 0 |
|     Other: phone services | $ 40 | $ 0 |

Rev. 12.1.2018

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 | $ 0 |
| Other (specify): | $ 30 | $ 0 |
| **Total monthly expenses:** | $ 595 | $ 0 |

9. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ✔ Yes ☐ No    If yes, describe on an attached sheet.

    The lower court complaint speaks for itself. Read it.

10. *Have you spent - or will you be spending - any money for expenses or attorney fees in connection with this lawsuit?* ✔ Yes ☐ No

    *If yes, how much?* $ 100+

11. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    I live in a homeless shelter. I am broke; receive a few dollars after a lower court action against NYC was filed. My financial position is intentional.

12. *State the city and state of your legal residence*

    I don't have one but I currently reside in NYC, NY

    *Your daytime phone number:* (201)781-5216

    *Your age:* 52    *Your years of schooling:* 18+

# CERTIFICATE OF SERVICE

On date, April 24, 2023 , I did submit the following document(s) with respect to appeal no: 23-602

1) F.R.A.P 4 *IN FORMA PAUPERIS* ("IFP") APPLICATION;

☒by submitting the, herein, referenced papers electronically via CM/ECF filing system and subsequent notification to the appearing council in this action as set forth below.

Sylvia Hinds-Radix, Esq.,
New York City Law Department
100 Church Street
New York, NY 10007
Phone: 212-356-0800
Email: shradix@law.nyc.gov;
nycfedapp@law.nyc.gov

*Counsel for Appellee Sewell*

Barbara D. Underwood
New York State
Office of Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-356-0800
Email: barbara.underwood@ag.ny.gov;
nyoag.nycpdf@ag.ny.gov

*Counsel for Appellee Hochul*

Barbara D. Underwood
New York State
Office of Attorney General
28 Liberty Street
New York, NY 10005
Phone: 212-356-0800
Email: barbara.underwood@ag.ny.gov;
nyoag.nycpdf@ag.ny.gov

*Counsel for Appellee James*

/S/ [signature]
Darryl C. Carter
1734 Webster Avenue
Bronx, NY 10457
(201) 781-5216
Email: dcclawinfo@proton.me

*Attorney for the Plaintiff*

2
(Appeal No:23-602)
APPELLANT'S CM/ECF CERTIFICATE OF SERVICE

# General Docket
## Court of Appeals, 2nd Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 23-602<br>**Nature of Suit:** 3950 LOCAL QUESTION-Constitutional<br>Carter v. Sewell<br>**Appeal From:** SDNY (NEW YORK CITY)<br>**Fee Status:** IFP Pending in USCA | **Docketed:** 04/13/2023 |

**Case Type Information:**
1) Civil
2) Private
3) -

**Originating Court Information:**
  **District:** 0208-1 : 23-cv-1139
  **Trial Judge:** Jennifer Louise Rochon, U.S. District Judge
  **Trial Judge:** Robert W. Lehrburger, U.S. Magistrate Judge
  **Date Filed:** 02/07/2023
  **Date Order/Judgment:** 04/13/2023     **Date NOA Filed:** 04/13/2023     **Date Rec'd COA:** 04/13/2023

**Prior Cases:**
  None

**Current Cases:**
  None

**Panel Assignment:**     Not available

---

| | |
|---|---|
| Darryl Chadwich Carter<br>       Plaintiff - Appellant | Darryl Chadwich Carter, -<br>Direct: 201-781-5216<br>[NTC Pro Se]<br>1734 Webster Avenue<br>Bronx, NY 10457 |
| ----------------------------- | |
| Keechant L. Sewell, Police Commissioner New York City Police Department<br>       Defendant - Appellee | Sylvia Hinds-Radix, Esq., Corporation Counsel<br>Direct: 212-356-0800<br>[COR NTC Government]<br>New York City Law Department<br>100 Church Street<br>New York, NY 10007 |
| Kathy Hochul, Governor of New York State<br>       Defendant - Appellee | Barbara D. Underwood, -<br>[COR NTC Government]<br>New York State Office of the Attorney General<br>28 Liberty Street<br>New York, NY 10005 |
| Letitia James, Attorney General of New York State<br>       Defendant - Appellee | Barbara D. Underwood, -<br>[COR NTC Government]<br>(see above) |

Darryl Chadwich Carter,

    Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

    Defendants - Appellees.

| Date | Doc | Description |
|---|---|---|
| 04/13/2023 | 1<br>38 pg, 2.23 MB | NOTICE OF INTERLOCUTORY CIVIL APPEAL, with district court docket, on behalf of Appellant Darryl Chadwich Carter, FILED. [3501012] [23-602] [Entered: 04/18/2023 01:03 PM] |
| 04/13/2023 | 2<br>2 pg, 183.5 KB | DISTRICT COURT ORDER, dated 04/13/2023, RECEIVED.[3501023] [23-602] [Entered: 04/18/2023 01:08 PM] |
| 04/13/2023 | 4<br>6 pg, 287.17 KB | ELECTRONIC INDEX, in lieu of record, FILED.[3501030] [23-602] [Entered: 04/18/2023 01:10 PM] |
| 04/18/2023 | 5<br>1 pg, 130.95 KB | DISTRICT COURT ORDER, dated 04/01/2023, denying IFP, RECEIVED.[3501038] [23-602] [Entered: 04/18/2023 01:13 PM] |
| 04/18/2023 | 6<br>1 pg, 93.37 KB | INSTRUCTIONAL FORMS, to Pro Se litigant, SENT.[3501040] [23-602] [Entered: 04/18/2023 01:14 PM] |
| 04/19/2023 | 8<br>3 pg, 601.54 KB | FORM D, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 04/19/2023 by CM/ECF.[3502146] [23-602] [Entered: 04/19/2023 09:34 PM] |
| 04/20/2023 | 9<br>241 pg, 17.44 MB | FORM D, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 04/20/2023 by CM/ECF.[3502622] [23-602] [Entered: 04/20/2023 03:29 PM] |
| 04/20/2023 | 10<br>3 pg, 105.89 KB | LETTER, on behalf of Appellant Mr. Darryl Chadwich Carter, <EDIT by Clerk's Office> RECEIVED. Service date 04/20/2023 by CM/ECF.[3502846] [23-602] [Entered: 04/20/2023 11:42 PM] |
| 04/24/2023 | 11<br>3 pg, 515.29 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 04/24/2023 by CM/ECF.[3503662] [23-602] [Entered: 04/24/2023 07:55 AM] |
| 04/24/2023 | 12<br>9 pg, 2.07 MB | MOTION, to proceed in forma pauperis, on behalf of Appellant Mr. Darryl Chadwich Carter, FILED. Service date 04/24/2023 by CM/ECF. [3503716] [23-602] [Entered: 04/24/2023 09:25 AM] |