# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of September, two thousand twenty-three.

_____

Darryl Chadwich Carter,

        Plaintiff - Appellant,

v.

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

        Defendants - Appellees.

_____

**ORDER**

Docket Nos. 23-602(L), 23-875(CON), 23-1228(CON)

IT IS HEREBY ORDERED that the three above-captioned appeals, which stem from the same district court action, are consolidated.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court