**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: September 28, 2023
Docket #: 23-602, 23-875, 23-1228
Short Title: Carter v. Sewell

DC Docket #: 23-cv-1139
DC Court: SDNY (NEW YORK CITY)DC Docket #: 23-cv-1139
DC Court: SDNY (NEW YORK CITY)DC Docket #: 23-cv-1139
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rochon
DC Judge: Lehrburger

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8534.