S.D.N.Y. –
N.Y.C.
23-cv-1139
Rochon, J.
Lehrburger, M.J.

# United States Court of Appeals
#### FOR THE
#### SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 28th day of September, two thousand twenty-three.

Present:

    Barrington D. Parker,
    William J. Nardini,
        *Circuit Judges*,
    Jed S. Rakoff,
        *District Judge.* *

_____

Darryl Chadwich Carter,

      *Plaintiff-Appellant*,

  v.                                                        23-602 (L),
                                                                       23-875 (Con),
                                                                       23-1228 (Con)

Keechant L. Sewell, Police Commissioner New York City Police Department, Kathy Hochul, Governor of New York State, Letitia James, Attorney General of New York State,

      *Defendants-Appellees*.

_____

This Court has determined sua sponte that it lacks jurisdiction over these appeals because the district court has not issued a final order as contemplated by 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113 (2d Cir. 2008); *Loral Corp. v. McDonnell Douglas Corp.*, 558 F.2d 1130, 1132 (2d Cir. 1977) (magistrate referral); *LoSacco v. City of Middletown*, 71 F.3d 88, 91 (2d Cir. 1995) (magistrate's ruling appealable only to district court); *In re Wills Lines, Inc.*, 227 F.2d 509,

_____

* Judge Jed S. Rakoff, of the United States District Court for the Southern District of New York, sitting by designation.

511 (2d Cir. 1955) (default judgment). Upon due consideration, it is hereby ORDERED that the appeals are DISMISSED and the pending motions are DENIED as moot.

                                                FOR THE COURT:
                                                Catherine O'Hagan Wolfe, Clerk of Court